SHARTSIS FRIESE LLP
ROBERT C. FRIESE (Bar #52392)
rfriese@sflaw.com
JAHAN P. RAISSI (Bar #168599)
jraissi@sflaw.com
KAJSA M. MINOR (Bar #251222)
kminor@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA  94111
Telephone:  (415) 421-6500
Facsimile:  (415) 421-2922

Attorneys for Defendant
STONE & YOUNGBERG, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD OSHER TRUST DTD 3/8/88, BERNARD A. OSHER, TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ALAMEDA, CALIFORNIA on behalf of itself and ALAMEDA POWER & TELECOM, a department of the City of Alameda, ALAMEDA PUBLIC FINANCING AUTHORITY; ALAMEDA PUBLIC IMPROVEMENT CORPORATION; and STONE & YOUNGBERG, LLC, a California Limited Liability Company,<br><br>Defendant. | Case No.  CV-09-1437<br>Related Case No. C 08-04575 SI<br><br>**STONE & YOUNGBERG LLC'S ANSWER TO FIRST AMENDED COMPLAINT**<br><br><br><br><br><br>Complaint Filed:  April 1, 2009 |

Defendant Stone & Youngberg, LLC ("Defendant" or "Stone & Youngberg"), by and through its undersigned attorneys, answers Plaintiff Bernard Osher Trust Dtd 3/8/88, Bernard A. Osher, Trustee's ("Plaintiff" or "Osher") First Amended Complaint as follows:

## INTRODUCTION

Stone & Youngberg denies the allegations of the First Amended Complaint's introduction, which asserts conclusions of law and impressions of counsel.

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA  94111

**JURISDICTION AND VENUE**

1.      Stone & Youngberg admits that the First Amended Complaint alleges that this is an action arising under the Securities Exchange Act of 1934, 15 U.S.C. § 78aa, but denies the merits of the action.  Stone & Youngberg admits that this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331.

2.      Stone & Youngberg admits that venue is proper in the Northern District of California.

**INTRADISTRICT ASSIGNMENT**

3.      Stone & Youngberg lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 3 of the First Amended Complaint and therefore denies those allegations.

4.      Stone & Youngberg lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 4 of the First Amended Complaint and therefore denies those allegations.

5.      Stone & Youngberg admits that Plaintiff purchased Notes with a face amount of $8.950 million and that the instant action is properly assigned to the Honorable Susan Illston's division.  Stone & Youngberg lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 5 of the First Amended Complaint and therefore denies those allegations.

**PARTIES**

6.      Paragraph 6 of the First Amended Complaint is not directed at Stone & Youngberg.  To the extent any response is necessary, Stone & Youngberg lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 6 of the First Amended Complaint and therefore denies those allegations.

7.      Paragraph 7 of the First Amended Complaint is not directed at Stone & Youngberg.  To the extent any response is necessary, Stone & Youngberg lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 7 of the First Amended Complaint and therefore denies those allegations.

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 2 -

8.      Paragraph 8 of the First Amended Complaint is not directed at Stone & Youngberg.  To the extent any response is necessary, Stone & Youngberg lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 8 of the First Amended Complaint and therefore denies those allegations.

9.      Paragraph 9 of the First Amended Complaint is not directed at Stone & Youngberg.  To the extent any response is necessary, Stone & Youngberg lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 9 of the First Amended Complaint and therefore denies those allegations.

10.     Paragraph 10 of the First Amended Complaint is not directed at Stone & Youngberg.  To the extent any response is necessary, Stone & Youngberg lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 10 of the First Amended Complaint and therefore denies those allegations.

11.     Paragraph 11 of the First Amended Complaint is not directed at Stone & Youngberg.  To the extent any response is necessary, Stone & Youngberg lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 11 of the First Amended Complaint and therefore denies those allegations.

12.     Stone & Youngberg admits that it is a California limited liability company and registered broker-dealer that maintains its principal place of business in California.  Stone & Youngberg also admits that Osher purchased Notes with a face value of $8,950,000 from it. Stone & Youngberg denies all other allegations in paragraph 12 of the First Amended Complaint.

## COMMON ALLEGATIONS

13.     Stone & Youngberg lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 13 of the First Amended Complaint and therefore denies those allegations.

14.     Stone & Youngberg lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 14 of the First Amended Complaint and therefore denies those allegations.

15.     Stone & Youngberg lacks knowledge and information sufficient to form a belief as

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

No. CV-09-1437                STONE & YOUNGBERG LLC'S ANSWER TO FIRST
                             AMENDED COMPLAINT

to the truth of the allegations in Paragraph 15 of the First Amended Complaint and therefore denies those allegations.

16. Stone & Youngberg lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 16 of the First Amended Complaint and therefore denies those allegations.

17. Stone & Youngberg admits that the Authority hired Stone & Youngberg to act as underwriter of the Notes and that Stone & Youngberg purchased the Notes from the City in April 2004. Stone & Youngberg denies the remaining allegations in paragraph 17 of the First Amended Complaint.

18. Stone & Youngberg admits that it has previously sold Plaintiff municipal bonds. Stone & Youngberg otherwise denies the allegations of paragraph 18 of the First Amended Complaint.

19. Stone & Youngberg admits that Osher received the Official Statements and purchased Notes in April 2004. Stone & Youngberg otherwise denies the allegations of paragraph 19 of the First Amended Complaint.

20. Stone & Youngberg lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 20 and therefore denies those allegations.

21. Stone & Youngberg admits that Osher purchased Notes with a face value of $8.950 million in five tranches between April 21, 2004 and June 21, 2006. Stone & Youngberg otherwise denies the allegations of paragraph 21 of the First Amended Complaint.

22. Stone & Youngberg admits generally that it is an underwriter. Stone & Youngberg otherwise denies the allegations of paragraph 22 of the First Amended Complaint.

23. Stone & Youngberg lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 23 of the First Amended Complaint and therefore denies those allegations.

24. As to Stone & Youngberg, Stone & Youngberg admits generally that certain disclosures were made in the Official Statement. Stone & Youngberg otherwise denies the allegations of paragraph 24 of the First Amended Complaint.

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 4 -

STONE & YOUNGBERG LLC'S ANSWER TO FIRST
AMENDED COMPLAINT

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

25.     As to Stone & Youngberg, Stone & Youngberg denies the allegations of paragraph 25 of the First Amended Complaint.  As to the other Defendants, Stone & Youngberg denies the allegations for lack of information and belief.

26.     As to Stone & Youngberg, Stone & Youngberg denies the allegations of paragraph 26 of the First Amended Complaint.  As to the other Defendants, Stone & Youngberg denies the allegations for lack of information and belief.

27.     As to Stone & Youngberg, Stone & Youngberg denies the allegations of paragraph 27 of the First Amended Complaint.  As to the other Defendants, Stone & Youngberg denies the allegations for lack of information and belief.

28.     As to Stone & Youngberg, Stone & Youngberg denies the allegations of paragraph 28 of the First Amended Complaint.  As to the other Defendants, Stone & Youngberg denies the allegations for lack of information and belief.

(a)     As to Stone & Youngberg, Stone & Youngberg denies the allegations of subparagraph 28(a) of the First Amended Complaint for lack of information and belief.

(b)     As to Stone & Youngberg, Stone & Youngberg denies the allegations of subparagraph 28(b) of the First Amended Complaint for lack of information and belief

29.     As to Stone & Youngberg, Stone & Youngberg denies the allegations of paragraph 29 of the First Amended Complaint.  As to the other Defendants, Stone & Youngberg denies the allegations for lack of information and belief.

30.     As to Stone & Youngberg, Stone & Youngberg denies the allegations of paragraph 30 of the First Amended Complaint.  As to the other Defendants, Stone & Youngberg denies the allegations for lack of information and belief.

31.     As to Stone & Youngberg, Stone & Youngberg denies the allegations of paragraph 31 of the First Amended Complaint.  As to the other Defendants, Stone & Youngberg denies the allegations for lack of information and belief.

32.     As to Stone & Youngberg, Stone & Youngberg denies the allegations of paragraph 32 of the First Amended Complaint.  As to the other Defendants, Stone & Youngberg denies the allegations for lack of information and belief.

No. CV-09-1437                STONE & YOUNGBERG LLC'S ANSWER TO FIRST
AMENDED COMPLAINT

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

33.     As to Stone & Youngberg, Stone & Youngberg denies the allegations of paragraph 33 of the First Amended Complaint.  As to the other Defendants, Stone & Youngberg denies the allegations for lack of information and belief.

34.     Paragraph 34 is not directed at Stone & Youngberg; to the extent a response is required, Stone & Youngberg denies the allegations of paragraph 34 of the First Amended Complaint for lack of information and belief.

35.     As to Stone & Youngberg, Stone & Youngberg denies the allegations of paragraph 35 of the First Amended Complaint.  As to the other Defendants, Stone & Youngberg denies the allegations for lack of information and belief.

36.     Stone & Youngberg lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 36 of the First Amended Complaint and therefore denies those allegations.

37.     On information and belief, Stone & Youngberg admits that in November 2008, Comcast purchased the Telecom System for approximately $17 million.  Stone and Youngberg otherwise denies the remaining allegations of paragraph 37 of the First Amended Complaint for lack of information and belief.

38.     Stone & Youngberg lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 38 of the First Amended Complaint and therefore denies those allegations.

**FIRST CLAIM FOR RELIEF**
**Section 10(b) of the Securities Exchange Act of 1934 and**
**SEC Rule 10b-5 Promulgated thereunder)**
**(Against all Defendants)**

39.     Stone & Youngberg incorporates its denials as set forth in paragraphs 1 - 38.

40.     As to Stone & Youngberg, Stone & Youngberg denies the allegations of paragraph 40 of the First Amended Complaint.  As to the other Defendants, Stone & Youngberg denies the allegations for lack of information and belief.

41.     As to Stone & Youngberg, Stone & Youngberg denies the allegations of paragraph 41 of the First Amended Complaint.  As to the other Defendants, Stone & Youngberg denies the

1  allegations for lack of information and belief.

2      42.    Stone & Youngberg denies the allegations of paragraph 42 of the First Amended

3  Complaint for lack of information and belief.

4      43.    As to Stone & Youngberg, Stone & Youngberg denies the allegations of paragraph

5  43 of the First Amended Complaint.  As to the other Defendants, Stone & Youngberg denies the

6  allegations for lack of information and belief.

7      44.    Stone & Youngberg denies the allegations of paragraph 44 of the First Amended

8  Complaint.

9                          **SECOND CLAIM FOR RELIEF**
                  **(Section 20(a) of the Securities Exchange Act of 1934)**
10                  **(Asserted in the Alternative Against the City)**

11      45.    Stone & Youngberg incorporates its denials as set forth in paragraphs 1-38.

12      46.    Paragraph 46 is not directed at Stone & Youngberg.  To the extent a response is

13  required, Stone & Youngberg denies the allegations of paragraph 46 of the First Amended

14  Complaint for lack of information and belief.

15      47.    Paragraph 47 is not directed at Stone & Youngberg.  To the extent a response is

16  required, Stone & Youngberg denies the allegations of paragraph 47 of the First Amended

17  Complaint for lack of information and belief.

18                          **THIRD CLAIM FOR RELIEF**
          **(Violation of Sections 25400 and 25500 of the California Corporate Securities Act)**
19                  **(Asserted Against All Defendants)**

20      48.    Stone & Youngberg incorporates its denials as set forth in paragraphs 1-38.

21      49.    As to Stone & Youngberg, Stone & Youngberg denies the allegations of paragraph

22  49 of the First Amended Complaint.  As to the other Defendants, Stone & Youngberg denies the

23  allegations for lack of information and belief.

24      50.    As to Stone & Youngberg, Stone & Youngberg denies the allegations of paragraph

25  50 of the First Amended Complaint.  As to the other Defendants, Stone & Youngberg denies the

26  allegations for lack of information and belief.

27      51.    As to Stone & Youngberg, Stone & Youngberg denies the allegations of paragraph

28  51 of the First Amended Complaint.  As to the other Defendants, Stone & Youngberg denies the

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

No. CV-09-1437                STONE & YOUNGBERG LLC'S ANSWER TO FIRST
                                        AMENDED COMPLAINT

1  allegations for lack of information and belief.

2      52.    As to Stone & Youngberg, Stone & Youngberg denies the allegations of paragraph
3  52 of the First Amended Complaint.  As to the other Defendants, Stone & Youngberg denies the
4  allegations for lack of information and belief.

**FOURTH CLAIM FOR RELIEF**
**(Violation of 25504.1 of the California Corporate Securities Act)**
**(Asserted Against All Defendants)**

7      53.    Stone & Youngberg incorporates its denials as set forth in paragraphs 1-38.

8      54.    As to Stone & Youngberg, Stone & Youngberg denies the allegations of paragraph
9  54 of the First Amended Complaint.  As to the other Defendants, Stone & Youngberg denies the
10  allegations for lack of information and belief.

11      55.    As to Stone & Youngberg, Stone & Youngberg denies the allegations of paragraph
12  55 of the First Amended Complaint.  As to the other Defendants, Stone & Youngberg denies the
13  allegations for lack of information and belief.

14      56.    As to Stone & Youngberg, Stone & Youngberg denies the allegations of paragraph
15  56 of the First Amended Complaint.  As to the other Defendants, Stone & Youngberg denies the
16  allegations for lack of information and belief.

**FIFTH CLAIM FOR RELIEF**
**(Common Law Fraud)**
**(Against Stone & Youngberg)**

19      57.    Stone & Youngberg incorporates its denials as set forth in paragraphs 1-38.

20      58.    Stone & Youngberg denies the allegations of paragraph 58 of the First Amended
21  Complaint.

22      59.    Stone & Youngberg denies the allegations of paragraph 59 of the First Amended
23  Complaint.

24      60.    Stone & Youngberg denies the allegations of paragraph 60 of the First Amended
25  Complaint.

**SIXTH CLAIM FOR RELIEF**
**(Aiding and Abetting Common Law Fraud)**
**(Asserted Against Stone & Youngberg)**

28      61.    Stone & Youngberg incorporates its denials as set forth in paragraphs 1-38.

- 8 -

62.   Paragraph 62 is not directed at Stone & Youngberg.  To the extent a response is required, Stone & Youngberg denies the allegations of paragraph 62 of the First Amended Complaint.

63.   Stone & Youngberg denies the allegations of paragraph 63 of the First Amended Complaint.

64.   Stone & Youngberg denies the allegations of paragraph 64 of the First Amended Complaint.

### SEVENTH CLAIM FOR RELIEF
#### (Negligent Misrepresentation)
#### (Against Stone & Youngberg)

65.   Stone & Youngberg incorporates its denials as set forth in paragraphs 1-38.

66.   Stone & Youngberg admits generally that it is an underwriter.  Stone & Youngberg otherwise denies the allegations of paragraph 66 of the First Amended Complaint.

67.   Stone & Youngberg denies the allegations of paragraph 67 of the First Amended Complaint.

68.   Stone & Youngberg denies the allegations of paragraph 68 of the First Amended Complaint.

69.   Stone & Youngberg denies the allegations of paragraph 69 of the First Amended Complaint.

### EIGHTH CLAIM FOR RELIEF
#### (Breach of Fiduciary Duty)
#### (Against Stone & Youngberg)

70.   Stone & Youngberg incorporates its denials as set forth in paragraphs 1-38.

71.   Stone & Youngberg admits generally that it is an underwriter.  Stone & Youngberg otherwise denies the allegations of paragraph 71 of the First Amended Complaint.

72.   Stone & Youngberg denies the allegations of paragraph 72 of the First Amended Complaint.

73.   Stone & Youngberg denies the allegations of paragraph 73 of the First Amended Complaint.

74.   Stone & Youngberg denies the allegations of paragraph 74 of the First Amended

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

1  Complaint.

2      75.   Stone & Youngberg denies the allegations of paragraph 75 of the First Amended

3  Complaint.

4  **AFFIRMATIVE DEFENSES**

5      As separate affirmative defenses to the First Amended Complaint and its causes of action

6  therein, Stone & Youngberg alleges as follows:

7  **FIRST AFFIRMATIVE DEFENSE**
**(Failure To State A Claim)**

8

9      76.   The First Amended Complaint and each claim asserted therein fails to assert facts

10 sufficient to state a claim upon which relief may be granted against Stone & Youngberg.

11 **SECOND AFFIRMATIVE DEFENSE**
**(Statute Of Limitations)**

12

13      77.   Plaintiff is barred from obtaining recovery on the allegations of the First Amended

14 Complaint by the statute of limitations.

15 **THIRD AFFIRMATIVE DEFENSE**
**(Waiver)**

16

17      78.   Plaintiff is barred from obtaining recovery on the allegations of the First Amended

18 Complaint by the doctrine of waiver.

19 **FOURTH AFFIRMATIVE DEFENSE**
**(Assumption Of Risk)**

20

21      79.   Plaintiff is barred from obtaining recovery on the allegations of the First Amended

22 Complaint because Plaintiff assumed the risk of any losses suffered by it.

23 **FIFTH AFFIRMATIVE DEFENSE**
**(Laches)**

24

25      80.   Plaintiff is barred from obtaining recovery on the allegations of the First Amended

26 Complaint by the doctrine of laches.

27

28

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

No. CV-09-1437        STONE & YOUNGBERG LLC'S ANSWER TO FIRST
AMENDED COMPLAINT

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

## SIXTH AFFIRMATIVE DEFENSE
### (Estoppel)

81.     Plaintiff is barred from obtaining recovery on the allegations of the First Amended Complaint by the doctrine of estoppel.

## SEVENTH AFFIRMATIVE DEFENSE
### (Performance Of Obligation)

82.     Plaintiff is barred from recovery because Stone & Youngberg sufficiently performed any and all duties and obligations owed to Plaintiff.

## EIGHTH AFFIRMATIVE DEFENSE
### (Acts Or Omissions Of Others)

83.     Without waiver of any of the denials contained herein, Stone & Youngberg asserts that, if Plaintiff sustained any damages, such damages were proximately caused by the acts or omissions of other persons, firms, or corporations.

## NINTH AFFIRMATIVE DEFENSE
### (Satisfaction And Discharge)

84.     Plaintiff is barred from recovering on the allegations in the First Amended Complaint because Stone & Youngberg's obligations to Plaintiff, if any, were satisfied and discharged.

## TENTH AFFIRMATIVE DEFENSE
### (Consent)

85.     Plaintiff's claims are barred because Plaintiff consented to the actions complained of herein.

## ELEVENTH AFFIRMATIVE DEFENSE
### (No Duty)

86.     Plaintiff's claims are barred because Stone & Youngberg owes Plaintiff none of the duties alleged.

No. CV-09-1437                    STONE & YOUNGBERG LLC'S ANSWER TO FIRST
AMENDED COMPLAINT

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

## TWELFTH AFFIRMATIVE DEFENSE
### (Causation)

87.     Plaintiff is barred from obtaining relief from Stone & Youngberg because there is no causation between the acts and omissions alleged by Plaintiff to have been made by Stone & Youngberg and the damages allegedly suffered by Plaintiff.

## THIRTEENTH AFFIRMATIVE DEFENSE
### (Reasonable And Good Faith Conduct)

88.     Stone & Youngberg's actions were at all times reasonable, privileged, justified, and in good faith.

## FOURTEENTH AFFIRMATIVE DEFENSE
### (Failure To State A Claim For Punitive Damages)

89.     Plaintiff has failed to state facts sufficient to state a claim for punitive damages against Stone & Youngberg.

## FIFTEENTH AFFIRMATIVE DEFENSE
### (Contributory or Comparative Negligence of Plaintiff or Others)

90.     To the extent Plaintiff has suffered damages as alleged in the First Amended Complaint, such damages were caused in whole or in part by its own negligence or fault and/or by the fault or negligence of persons or parties other than Stone & Youngberg.  Stone & Youngberg places into issue the negligence and fault of all persons and parties who participated in any manner in the transactions, misrepresentations, and omissions alleged in the First Amended Complaint.  Any recovery by Plaintiffs in this action must be reduced by an amount equivalent to the percentage of fault or negligence of Plaintiffs and/or other persons.

## SIXTEENTH AFFIRMATIVE DEFENSE
### (Reservation Of Affirmative Defense)

91.     Stone & Youngberg alleges that it may have additional defenses or claims available to it of which it is not now aware.  Stone & Youngberg reserves the right to assert additional defenses or cross-claims, counterclaims, or third-party claims as may be revealed to be appropriate through discovery or otherwise.

- 12 -

1    WHEREFORE, Defendant Stone & Youngberg prays for judgment as follows:

2       1.    That Plaintiff's First Amended Complaint be dismissed with prejudice and that

3    Plaintiff take nothing in this action;

4       2.    For reasonable attorneys' fees;

5       3.    For costs of suit herein incurred; and

6       4.    For such other and further relief as the Court deems appropriate

7

8    DATED:        September 4, 2009            SHARTSIS FRIESE LLP

9

10                                             By:/s/Robert C. Friese
                                                   ROBERT C. FRIESE

11                                             Attorneys for Defendant
                                               STONE & YOUNGBERG, LLC
12

13   7726\003\1603403.1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 13 -

No.  CV-09-1437        STONE & YOUNGBERG LLC'S ANSWER TO FIRST
                       AMENDED COMPLAINT