GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ROBERT A. GOODIN, State Bar No. 061302
FRANCINE T. RADFORD, State Bar No. 168269
505 Sansome Street, Suite 900
San Francisco, California 94111
Telephone:   (415) 392-7900
Facsimile:    (415) 398-4321

Attorneys for Plaintiff
BERNARD OSHER TRUST
DTD 3/8/88, BERNARD A. OSHER, TRUSTEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NUVEEN FUNDS/CITY OF ALAMEDA SECURITIES LITIGATION<br><br>And related actions | Case Nos.   C 08-04575 SI<br>                    C 09-01437 SI<br><br>**[PROPOSED] ORDER** |

The Court has before it the request by Plaintiff Bernard Osher Trust for a continuance of the hearing dates to a date after November 18, 2010 and a commensurate change in the briefing schedule with respect to the motions for summary judgment filed by Defendants City of Alameda and Stone & Youngberg, and the response of Defendant City of Alameda to that request.

The Court hereby ORDERS that:

The hearings on Defendants' summary judgment motions shall be continued to __12/14/10__ at __9:00__, with Plaintiff's opposition to the motions due 21 days before that date, and Defendants' replies in support thereof due ~~14~~ 21 days before that date.

Dated: October ___, 2010

*[signature: Susan Illston]*

HONORABLE SUSAN ILLSTON

3382/001/X122750.v1

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO