SHARTSIS FRIESE LLP
ROBERT C. FRIESE (Bar #52392)
rfriese@sflaw.com
LISA A. JACOBS (Bar #230364)
ljacobs@sflaw.com
KAJSA M. MINOR (Bar #251222)
kminor@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Attorneys for Defendant
STONE & YOUNGBERG LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD OSHER TRUST DTD 3/8/88, BERNARD A. OSHER, TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ALAMEDA, CALIFORNIA on behalf of itself and ALAMEDA POWER & TELECOM, a department of the City of Alameda, ALAMEDA PUBLIC FINANCING AUTHORITY; ALAMEDA PUBLIC IMPROVEMENT CORPORATION; and STONE & YOUNGBERG LLC, a California Limited Liability Company,<br><br>Defendant. | Case No. CV-09-1437 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE REPLIES IN SUPPORT OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**<br><br><br>Judge:     Honorable Susan Illston |

Case No.
CV-09-1437 SI   STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
TO FILE REPLY BRIEFS

## **STIPULATION**

WHEREAS, on September 28, 2010, Defendants Stone & Youngberg LLC ("Stone & Youngberg") and the City of Alameda, California (the "City") each filed motions for summary judgment, or in the alternative, for summary adjudication against Plaintiff Bernard Osher Trust DTD 3/8/88, Bernard A. Osher, Trustee (the "Summary Judgment Motions"), to be heard on November 2, 2010, and

WHEREAS, the Court, on October 8, 2010, entered an order continuing hearing on Defendants' Summary Judgment Motions to December 14, 2010 and ordering Plaintiff's opposition brief to be filed on November 23, 2010 and Defendants' reply briefs to be filed on November 30, and

WHEREAS, as a result of the Thanksgiving holiday, Stone & Youngberg and the City would only have three business days in which to prepare their reply briefs, the Parties have agreed to an extension to December 3, 2010 for Stone & Youngberg and the City to reply; and

THEREFORE, THE PARTIES HEREBY STIPULATE and respectfully request the Court to order that the time for Stone & Youngberg and the City to file reply briefs in support of the Summary Judgment Motions be extended to December 3, 2010.

DATED: November 15, 2010           SHARTSIS FRIESE LLP

                                   By:      /s/ Robert C. Friese
                                          ROBERT C. FRIESE

                                   Attorneys for Defendant
                                   STONE & YOUNGBERG LLC

DATED: November 15, 2010           WULFSBERG REESE COLVIG & FIRSTMAN PROFESSIONAL CORPORATION

                                   By:_____
                                          GREGORY R. AKER

                                   Attorney for Defendant
                                   CITY OF ALAMEDA, CALIFORNIA

Case No.
CV-09-1437 SI            STIPULATION AND [PROPOSED] ORDER            - 1 -

| | | |
|---|---|---|
| 1 | DATED: November 15, 2010 | GOODIN MACBRIDE SQUERI DAY & LAMPREY LLP |
| 2 | | |
| 3 | | By: _____ |
| | | ROBERT A. GOODIN |
| 4 | | |
| 5 | | Attorney for Plaintiff |
| | | BERNARD OSHER TRUST |

### ORDER

Pursuant to the Stipulation, above, and good cause appearing therefore, the Court hereby Orders that Defendant Stone & Youngberg LLC and Defendant the City of Alameda shall have until December 3, 2010 to file reply briefs in support of their Motions for Summary Judgment.

IT IS SO ORDERED.

DATED:_____

_____
HONORABLE SUSAN ILLSTON

Case No.
CV-09-1437 SI                      - 2 -
STIPULATION AND [PROPOSED] ORDER