```
H. JAMES WULFSBERG
CHARLES W. REESE
TIMOTHY A. COLVIG
ERIC J. FIRSTMAN
GREGORY R. AKER
TERRI ANN KIM
DAVID A. ROSENTHAL
STEPHEN L. CALI
MARK A. STUMP
WILLIAM L. DARBY
KRIS A. COX
DAVID DARROCH
MICHAEL J. HIGGINS
DAVID J. HYNDMAN
DEIRDRE JOAN COX
RICHARD E. ELDER
JEFFREY R. WARD
J. TODD WULFSBERG
```

LAW OFFICES

# WULFSBERG REESE COLVIG & FIRSTMAN

PROFESSIONAL CORPORATION

KAISER CENTER
300 LAKESIDE DRIVE, 24TH FLOOR
OAKLAND, CALIFORNIA 94612-3524

TELEPHONE (510) 835-9100
FACSIMILE
(510) 451-2170
(510) 451-2575
www.wulfslaw.com



IT IS SO ORDERED
*Susan Illston*
Judge Susan Illston

FILE NUMBER 1883-012

Defendant's may file a second motion for summary judgment as soon as possible.

January 4, 2011

**ELECTRONICALLY FILED**

Honorable Susan Illston
United States District Court
450 Golden Gate Avenue
Courtroom 10, 19th Floor
San Francisco, California  94102

   Re: ***Bernard Osher Trust v. City of Alameda, et al.***
     Case No. C 09 1437 SI

Dear Judge Illston:

   On behalf of the City of Alameda ("Alameda"), we write to request leave to file a second Motion for Summary Judgment pursuant to item 5 in the Court's April 5, 2007 standing order.

   Alameda filed its original Motion for Summary Judgment in this matter on September 28, 2010, before the parties exchanged expert reports.  Since then, Osher's expert reports and depositions of Osher's experts have demonstrated that Osher will be unable, as a matter of law, to establish critical elements of his claims, including loss causation and scienter.  Alameda seeks leave to file a second motion so that these issues can be briefed, argued and decided before the parties and the Court are forced to spend significant time and money preparing the matter for a trial that Alameda believes will be unnecessary.

   Alameda also believes that a second motion will not impose a significant burden on the Court because Alameda intends to raise the same legal arguments it seeks to make in its second motion against Osher's claims in the summary judgment motion it intends to file against Nuveen's claims at the end of this week.  Because Nuveen and Osher are relying on the same experts (in fact, the same expert reports) factual aspects of the motions are likely to be almost identical as well.

Honorable Susan Illston
January 4, 2011
Page 2

As always, we would be pleased to address any questions the Court may have.

Respectfully Submitted,

WULFSBERG REESE COLVIG & FIRSTMAN
PROFESSIONAL CORPORATION

RICHARD E. ELDER

1883-012\2321616.1