**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BERNARD OSHER TRUST DTD 3/8/88, BERNARD A. OSHER, TRUSTEE,

    Plaintiff,

 v.

CITY OF ALAMEDA, *et al.*,

    Defendants.

          /

No. C 09-1437 SI

**JUDGMENT**

In an order filed May 16, 2011, the Court granted summary judgment in favor of defendant City of Alameda. Plaintiff and defendant Stone & Youngberg reached a settlement pursuant to which plaintiff dismissed all claims against Stone & Youngberg with prejudice.

Accordingly, judgment is entered against plaintiff and in favor of defendant City of Alameda.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 12, 2011

SUSAN ILLSTON
United States District Judge