United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BERNARD OSHER TRUST DTD 3/8/88,
BERNARD A. OSHER, TRUSTEE,

    Plaintiff,

 v.

CITY OF ALAMEDA, *et al.*,

    Defendants.
                             /

No. C 09-1437 SI

**AMENDED JUDGMENT**

On September 12, 2011, the Court entered judgment against plaintiff and in favor of defendant City of Alameda. The judgment inadvertently omitted the other Alameda defendants.

Accordingly, the Court *sua sponte* amends the judgment and enters judgment against plaintiff, and in favor of defendants City of Alameda, Alameda Power & Telecom, Alameda Public Financing Authority, and Alameda Public Improvement Corporation.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 15, 2011

                                                SUSAN ILLSTON
                                               United States District Judge