UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BERNARD OSHER TRUST,  
    Plaintiff(s),

v.

ALAMEDA CITY OF,  
    Defendant(s).

No. C 09-01437 SI (DMR)

**ORDER**

The court orders that the parties file a status update concerning the need for a judgment debtor exam, or a notice of satisfaction, by no later than February 6, 2013.

IT IS SO ORDERED.

Dated: January 30, 2013



DONNA M. RYU  
United States Magistrate Judge